UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY A. GRAVES,

Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

Defendant.

No. 2:25-cv-02558-DC-SCR

ORDER

Before the Court is Plaintiff's motion for extension of time (ECF No. 27) to respond to the Findings and Recommendations ("F&Rs") issued on July 24, 2026. Plaintiff also seeks additional time to file a First Amended Complaint ("FAC"). Plaintiff states that she did not receive the F&Rs in the mail until eleven days after they were issued, although this appears to be, at least partially, because Plaintiff was away that week and did not check her mail. ECF No. 27 at 2. Plaintiff also states that she is "actively consulting with legal counsel" about possible representation in this matter. *Id.* Plaintiff seeks a 60-day extension of time to file objections to the F&Rs and to file a FAC.

No FAC is currently due. The court has recommended that Plaintiff be allowed 21 days *after* any order adopting the F&Rs to file a FAC. In other words, if Judge Coggins adopts the F&Rs, Plaintiff will have 21 days from the date of that order to file a FAC. Plaintiff should not

file a FAC at this time.

Concerning the objections, pursuant to Local Rule 304(b), objections are due fourteen days after service of the F&R. The Court finds good cause for an extension, but the requested duration of the extension is excessive. The Court will allow Plaintiff an extension of an additional 21 days to file objections. While Plaintiff has already filed what she described as "protective objections" to the F&Rs (ECF No. 29), she may re-file any objections within the time frame provided by this Order.

Finally, as Plaintiff takes issue with the speed of mail delivery and the prior denial of her request to e-file, the Court will direct that she receive service of all filings via email.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for extension (ECF No. 27) is GRANTED IN PART and otherwise denied as set forth herein.
2. Plaintiff shall file any objections to the F&R within **21 days** of the date of this Order.
3. No FAC is due at this time, if the F&R is adopted, the time for filing will run from the date of Judge Coggins' order.
4. The Clerk is directed to configure CM/ECF so that Plaintiff receives immediate email notifications of Court filings at the email address included in Plaintiff's prior request for e-filing: **support@ryseinc.org** (ECF No. 21 at 2). The Clerk shall serve this Order via both email and standard mail.

SO ORDERED.

DATED: August 13, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE