UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY A. GRAVES,

Plaintiff,

v.

PACIFIC GAS and ELECTRIC COMPANY,

Defendant.

No. 2:25-cv-02558-DC-SCR (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 5, 14, 26)

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 24, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 26. On August 7, 2026, Plaintiff filed "protective objections" (ECF No. 29) and requested additional time to file objections. ECF No. 27. The court allowed an additional 21 days to file objections (ECF No. 30) and no additional objections were filed. The undersigned has reviewed Plaintiff's protective objections, which do not meaningfully object to the analysis in the findings and recommendations and instead emphasize Plaintiff's belief that she can cure the pleading deficiencies in an amended complaint. Indeed, the magistrate judge agreed that granting leave to amend would not be futile and recommends the court grant Plaintiff's motion for leave to amend. Thus, Plaintiff's

objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2026 (ECF No. 26) are ADOPTED;

2. Defendant's motion to dismiss (ECF No. 5) is GRANTED;

3. Plaintiff's motion for leave to amend (ECF No. 14) is GRANTED;

4. Plaintiff shall file a first amended complaint within twenty-one (21) days from the date of entry of this order; and

5. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Dena Coggins
United States District Judge