RIZK & SHEARER LLP
Adam F. Shearer (SBN 279073)
466 Geary Street, Suite 201
San Francisco, California 94102
Tel.: (415) 870-3010
ashearer@rs-llp.com

*Attorneys for Defendant*
*Pacific Gas and Electric Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

KIMBERLY A. GRAVES,

Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

Defendant.

Case No. 25-cv-02558-DC (SCR)

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTION TO DISMISS**

Judge: Hon. Sean C. Riordan

Plaintiff Kimberly A. Graves, appearing pro se, and Defendant Pacific Gas and Electric Company ("PG&E") (together, the "Parties") hereby stipulate as follows:

WHEREAS, on October 22, 2026, PG&E filed its Motion to Dismiss the First Amended Complaint (ECF No. 36) (the "Motion") and noticed it for hearing on December 10, 2026, and Plaintiff's opposition was due November 5, 2026, under Local Rule 230(c);

WHEREAS, on November 6, 2026, Plaintiff served on PG&E, and on November 9, 2026, filed, an Ex Parte Application for an Extension of Time to File Opposition to Defendant's Motion to Dismiss and Request for Clarification, seeking to extend her opposition deadline to November 20, 2026 (ECF No. 37);

WHEREAS, between November 6 and November 9, 2026, before the Court ruled on Plaintiff's request, the Parties conferred by email and agreed to the following schedule: Plaintiff's opposition due December 1, 2026; PG&E's reply due December 16, 2026; and the hearing on the Motion continued to January 14, 2027;

WHEREAS, on November 10, 2026, before the Parties' agreement was presented to the Court, the Court granted Plaintiff's request and ordered her opposition filed by November 20, 2026, but did not address PG&E's reply deadline or the hearing date (ECF No. 38);

WHEREAS, under Local Rule 230(d), an opposition filed on November 20, 2026 would make PG&E's reply due November 30, 2026, and PG&E's counsel will be out of the office on a pre-planned vacation from November 24 through December 2, 2026;

WHEREAS, Plaintiff has obtained one extension of her opposition deadline, from November 5 to November 20, 2026, and PG&E has obtained no extensions with respect to the Motion, *see* L.R. 144(b); and

WHEREAS, this stipulation is submitted before Plaintiff's current opposition deadline and more than seven days before the noticed hearing, *see* Fed. R. Civ. P. 6(b)(1)(A); L.R. 230(f);

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court modify the schedule set by its November 10, 2026 Minute Order as follows:

(a) Plaintiff shall file any opposition to the Motion on or before December 1, 2026;

(b) PG&E shall file any reply on or before December 16, 2026; and

(c) The hearing on the Motion is continued from December 10, 2026 to January 14, 2027, at 10:00 a.m., in Courtroom 27.

IT IS SO STIPULATED.

Dated: November 10, 2026

RIZK & SHEARER LLP

ADAM F. SHEARER
Attorneys for Defendant
Pacific Gas and Electric Company

Dated: November 11, 2026

KIMBERLY A. GRAVES
Plaintiff, Pro Se

Plaintiff's signature page is attached to this Stipulation pursuant to Local Rule 131(e).

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the schedule set by the Court's November 10, 2026 Minute Order is modified, and IT IS HEREBY ORDERED that:

1. Plaintiff shall file any opposition to Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 36) on or before December 1, 2026.

2. Defendant shall file any reply on or before December 16, 2026.

3. The hearing on Defendant's Motion to Dismiss, currently set for December 10, 2026, is CONTINUED to January 14, 2027, at 10:00 a.m., in Courtroom 27, before the undersigned.

IT IS SO ORDERED.

Dated: November 12, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE